**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>LORI ANN RODRIGUEZ (4),<br><br>　　　　　　Defendant. | Case No. 14cr216-MMA-4<br><br>**ORDER GRANTING JOINT MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE**<br><br>[Doc. No. 703] |

　　　　The parties jointly move for early termination of Defendant Lori Ann Rodriguez's term of supervised release. *See* Doc. No. 703. To date, Defendant has served more than half of the five-year term imposed by the Court and United States Probation does not oppose the motion.

　　　　After considering the factors set forth in 18 U.S.C. § 3553(a), the Court may "terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release . . . if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e)(1).

Upon due consideration of the applicable statutory factors, the Court **GRANTS** the parties' joint motion and **ORDERS** that Defendant's remaining term of supervised release be terminated pursuant to 18 U.S.C. § 3583(e)(1) as of the date this Order is filed.

**IT IS SO ORDERED**.

DATE: February 5, 2021

HON. MICHAEL M. ANELLO
United States District Judge